

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ANGELA HARDY,

     Plaintiff,

v.                                 Civil Action No. 3:08CV180

TOM JONES,

     Defendant.

## MEMORANDUM OPINION

Angela Hardy, a Virginia inmate proceeding pro se and in forma pauperis, submitted this 42 U.S.C. § 1983 action.  On October 20, 2008, the Court ordered Hardy to file a particularized complaint. Hardy was warned that failure to comply with the terms of the October 20, 2008 Memorandum Order would result in the dismissal of this action.  See Fed. R. Civ. P. 41(b).  On November 17, 2008, the Court received a letter from Hardy in which she described the contents of a videotape.  Hardy's letter did not comply with the Court's Memorandum Order of October 20, 2008.  On December 3, 2008, the Court gave Hardy an eleven (11) day extension to file a particularized complaint.  More than eleven (11) days have elapsed, and Hardy has not filed a particularized complaint.  The action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Hardy.

And it is so Ordered.

_____/s/_____   *REP*
Robert E. Payne
Senior United States District Judge

Date: _January 13, 2009_
Richmond, Virginia

2